IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EXPOTECH ENGINEERING, INC.,<br>    Plaintiff, | CIVIL ACTION |
| v. | |
| CARDONE INDUSTRIES, INC.,<br>    Defendant/Counterclaim Plaintiff, | NO.  19-1673 |
| v. | |
| EXPOTECH ENGINEERING, INC.,<br>ROD GHANI, MARSHALL HOSEL<br>    Counterclaim-Defendants. | |

**O R D E R**

**AND NOW**, this 5th day of August, 2020, upon consideration of Expotech Engineering and Rod Ghani's Motion to Dismiss the Third Amended Counterclaim (ECF No. 74), Cardone Industries' Response in Opposition (ECF No. 76), and Expotech's Reply in Support (ECF No. 77), **IT IS ORDERED** that the Motion is **DENIED**.  Upon consideration of Marshall Hosel's Motion to Dismiss (ECF No. 73) and Cardone's Response in Opposition (ECF No. 76), **IT IS ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/Wendy Beetlestone, J.

**WENDY BEETLESTONE, J.**