IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EXPOTECH ENGINEERING, INC.,<br>    Plaintiff, | CIVIL ACTION |
| v. | |
| CARDONE INDUSTRIES, INC.,<br>    Defendant/Counterclaim Plaintiff, | NO.  19-1673 |
| v. | |
| EXPOTECH ENGINEERING, INC., ROD GHANI AND MARSHALL HOSELL,<br>    Counterclaim-Defendants. | |

**O R D E R**

**AND NOW**, this 25th day of August, 2021, upon consideration of Counterclaim Defendants Expotech Engineering, Inc. and Rod Ghani's (the "Expotech Defendants") Motion for Summary Judgment and filings in support thereof (ECF Nos. 100, 111, 112 & 113) and Counterclaim Plaintiff Cardone Industries, Inc's ("Cardone") response thereto (ECF No. 106); Counterclaim Defendant Marshall Hosel's Motion for Summary Judgment and filings in support thereof (ECF Nos. 99, 114 & 115) and Cardone's response thereto (ECF No. 105); Cardone's Motion for Summary Judgment and filings in support thereof (ECF Nos. 98, 116, 117 & 118), the Expotech Defendants' response thereto (ECF No. 107), and Hosel's response thereto (ECF No. 104); and Cardone's Motion to Preclude Certain Expert Opinions and Testimony of Shankar Venkataraman and briefing in support thereof (ECF Nos. 95 & 108) and the Expotech Defendants' response thereto (ECF No. 102), **IT IS ORDERED** that:

1. The Expotech Defendants' Motion for Summary Judgment (ECF No. 100) is **DENIED**;

2. Hosel's Motion for Summary Judgment (ECF No. 99) is **DENIED**;

3. Cardone's Motion for Summary Judgment (ECF No. 98) is **DENIED**;

4. Cardone's Motion to Preclude Certain Expert Opinions and Testimony of Shankar Venkataraman (ECF No. 95) is **GRANTED**.

             **BY THE COURT:**

             /s/Wendy Beetlestone, J.

             **WENDY BEETLESTONE, J.**